IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKELL DARRELL DAVIS,<br><br>Defendant. | CASE NO. 2:14-MJ-0194 CKD<br><br>**UNDER SEAL**<br><br>[PROPOSED] ORDER SEALING CRIMINAL COMPLAINT and ARREST WARRANT<br><br>**SEALED** |

**ORDER**

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit, Arrest Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 8/22/2014

_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT AND [PROPOSED] ORDER SEALING

3