```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-MJ-0194 |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| MARKELL DARRELL DAVIS, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on September 9, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 29, 2014, at 2:00 p.m.
3. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel

    for the defendant reasonable time necessary for preparation and further investigation.

4. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from September 9, 2014, through and including September 29, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

6.

**IT IS SO STIPULATED.**

DATED: September 8, 2014    /s/ Michael D. McCoy
    MICHAEL D. McCOY
    Assistant U.S. Attorney


DATED: June 12, 2014    /s/ Michael Petrik , Jr
    MICHAEL PETRIK, JR.
    Attorney for Markell Darrell Davis
    (as authorized on September 8, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED, this 8th day of September, 2014.

Dated:  September 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE