1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 14-mj-194 CKD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | ) ) | Date:  October 20, 2014 |
| MARKELL DARRELL DAVIS, | ) ) | Time:  2:00 p.m. Judge: Hon. Dale A. Drozd |
| Defendant. | ) ) ) | |

The parties stipulate and request that the Court continue the preliminary hearing scheduled for October 20, 2014, at 2:00 p.m., before the Honorable Dale A. Drozd, to November 24, 2014, at 2:00 p.m., before the Honorable Allison Claire.

Counsel for Mr. Davis requires time to review discovery with him, and to conduct further investigation. In particular, the parties currently seek discovery regarding a surveillance camera video of the incident alleged in the complaint. Counsel also requires time to continue to discuss a potential pre-indictment resolution of this case with Mr. Davis, and to negotiate with government counsel.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to November 24, 2014.

///

The parties stipulate that the ends of justice served by granting Mr. Davis' request for a continuance outweigh the best interest of the public and Mr. Davis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: October 16, 2014                     HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ M.Petrik*_____
                                            MICHAEL PETRIK, Jr.
                                            Assistant Federal Defender


DATED: October 16, 2014                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ M.Petrik* for_____
                                            MICHAEL McCOY
                                            Assistant U.S. Attorney


# **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to November 24, 2014, at 2:00 p.m., before the Honorable Allison Claire; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Davis' request for a continuance outweigh the best interest of the public and Mr. Davis in a speedy trial.

Dated:  October 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE