HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARKELL DARRELL DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKELL DARRELL DAVIS,<br><br>Defendant. | No. 14-mj-194 CKD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date:   December 22, 2014<br>Time:   2:00 p.m.<br>Judge:  Hon. Allison Claire |

The parties stipulate and request that the Court continue the preliminary hearing scheduled for December 22, 2014, at 2:00 p.m., before the Honorable Allison Claire, to January 15, 2015, at 2:00 p.m., before the Honorable Edmund F. Brennan.

Counsel for Mr. Davis requires time to review discovery with him, and to conduct further investigation. Counsel also requires time to continue to discuss a potential pre-indictment resolution of this case with Mr. Davis, and to negotiate with government counsel.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to January 15, 2015.

/ / /

/ / /

/ / /

The parties stipulate that the ends of justice served by granting Mr. Davis' request for a continuance outweigh the best interest of the public and Mr. Davis in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

DATED: December 19, 2014                HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ M.Petrik*
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender


DATED: December 19, 2014                BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ M.Petrik* for
                                        MICHAEL McCOY
                                        Assistant U.S. Attorney


## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to January 15, 2015, at 2:00 p.m., before the Honorable Edmund F. Brennan; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Davis' request for a continuance outweigh the best interest of the public and Mr. Davis in a speedy trial.

DATED: December 19, 2014                /s/ Allison Claire
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE