1   Michael E. Hansen [SBN 191737]
    Attorney-at-Law
2   711 Ninth Street, Suite 100
    Sacramento, CA  95814
3   916.438.7711
    FAX 916.864.1359
4   Email:  mhansen@criminal-defenses.com

5   Attorney for Defendant
    MARKELL DAVIS
6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              No.  2:15-CR-0009-MCE

11          Plaintiff,                     **STIPULATION AND ORDER TO
                                           CONTINUE STATUS CONFERENCE,**
12      v.                                 **AND TO EXCLUDE TIME PURSUANT TO
                                           THE SPEEDY TRIAL ACT**
13  MARKELL DAVIS,

14          Defendant.

15

16          IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Michael McCoy, Assistant United States Attorney, attorney for

18  plaintiff, and Michael E. Hansen, attorney for defendant Markell Davis, that the

19  previously-scheduled status conference date of June 4, 2015, be vacated and the matter

20  set for status conference on July 30, 2015, at 9:00 a.m.

21          This continuance is requested because defense counsel needs additional time to

22  review unredacted discovery received in this case.  Once reviewed, investigation of

23  witnesses can commence.

24          The Government concurs with this request.

25          Further, the parties agree and stipulate the ends of justice served by the granting

26  of such a continuance outweigh the best interests of the public and the defendants in a

27  speedy trial and that time within which the trial of this case must be commenced under

28  the Speedy Trial Act should therefore be excluded under 18 U.S.C. section

                                           1

Stipulation and Order to Continue Status Conference

1    3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to

2    prepare), from the date of the parties' stipulation, June 1, 2015, to and including July 30,

3    2015.

4            Accordingly, the parties respectfully request the Court adopt this proposed

5    stipulation.

6            IT IS SO STIPULATED.

7    Dated:  June 1, 2015                              Respectfully submitted,

8                                                      /s/ Michael E. Hansen
                                                       MICHAEL E. HANSEN
9                                                      Attorney for Defendant
                                                       BRANDON ROBERTS
10

11   Dated:  June 1, 2015                              BENJAMIN B. WAGNER
                                                       United States Attorney

12                                                     By:  /s/ Michael E. Hansen for
                                                       MICHAEL McCOY
13                                                     Assistant U.S. Attorney
                                                       Attorney for Plaintiff
14

15

16                                     **ORDER**

17           The Court, having received, read, and considered the stipulation of the parties,

18   and good cause appearing therefrom, adopts the stipulation of the parties in its entirety

19   as its order.  Based on that stipulation and the recitation of facts contained therein, the

20   Court finds that it is unreasonable to expect adequate preparation for pretrial

21   proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.

22   In addition, the Court specifically finds that the failure to grant a continuance in this case

23   would deny defense counsel reasonable time necessary for effective preparation, taking

24   into account the exercise of due diligence.  The Court finds that the ends of justice to be

25   served by granting the requested continuance outweigh the best interests of the public

26   and the defendants in a speedy trial.

27   ///

28   ///

                                        2

Stipulation and Order to Continue Status Conference

1    The Court orders that the time from the date of the parties' stipulation, June 1,

2    2015, to and including July 30, 2015, shall be excluded from computation of time within

3    which the trial of this case must be commenced under the Speedy Trial Act, pursuant to

4    18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense

5    counsel to prepare).  It is further ordered that the June 4, 2015, status conference shall

6    be continued until July 30, 2015, at 9:00 a.m.

7    **IT IS SO ORDERED**.

8    Dated:  June 3, 2015

9

10

11    _____
      MORRISON C. ENGLAND, JR., CHIEF JUDGE
12    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status Conference