Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
MARKELL DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MARKELL DAVIS,<br><br>            Defendant. | No.  2:15-CR-0009-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Brian Fogerty, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Markell Davis, that the previously-scheduled status conference date of November 5, 2015, be vacated and the matter set for status conference on January 14, 2016, at 9:00 a.m.

   This continuance is requested because defense counsel needs additional time to investigate the case.  There are two separate counts involving a felon in possession of a firearm occurring on different occasions.  Each requires additional investigation.

   The Government concurs with this request.

   Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section

3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, October 30, 2015, to and including January 14, 2016..

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 30, 2015                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MARKELL DAVIS

Dated: October 30, 2015                    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

Time from the date of the parties' stipulation, October 30, 2015, to and including January 14, 2016, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). The November 5, 2015, status conference is continued until January 14, 2016, at 9:00 a.m.

IT IS SO ORDERED.

DATED: November 10, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT