BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARKELL DARRELL DAVIS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-CR-00009 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: February 11, 2016<br>TIME: 9:05 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

　　　　　The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Markell Darrell Davis, by and through counsel Michael E. Hansen, hereby agree and stipulate as follows:

　　　　　1.　　On January 13, 2016, the Court set this case for a status conference on February 11, 2016. ECF No. 41. To date, the government has produced more than 400 pages of discovery consisting of documents and video recordings. Defense counsel seeks time to review these materials, and investigate the two separate incidents underlying the charged offenses.

　　　　　2.　　Counsel for the government and defendant have conferred and respectfully request that the Court vacate the February 11, 2016, status conference, and set the case for a status conference on March 17, 2016, at 9:00 a.m. The parties agree that the interests of justice served by continuing the case to March 17, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court order time

excluded through March 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

| Dated: February 9, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|
| | By: /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: February 9, 2016 | /s/ MICHAEL E. HANSEN<br>MICHAEL E. HANSEN<br>Counsel for Defendant<br>Markell Darrell Davis |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance and exclude the time between February 11, 2016, and March 17, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from February 11, 2016, to and including March 17, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT