Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
MARKELL DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARKELL DAVIS,<br><br>            Defendant. | No.  2:15-CR-0009-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Brian Fogerty, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Markell Davis, that the previously-scheduled status conference date of May 5, 2016, be vacated and the matter set for status conference on July 7, 2016, at 10:00 a.m.

This continuance is requested because defense counsel needs additional time to investigate the case.  There are two separate counts involving a felon in possession of a firearm occurring on different occasions.  Each requires additional investigation.  In addition, government counsel has provided a plea agreement.  Additional time is required to review the plea agreement with my client.

The Government does not oppose this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a

speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 2, 2016, to and including July 7, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  May 2, 2016				Respectfully submitted,

						/s/ Michael E. Hansen
						MICHAEL E. HANSEN
						Attorney for Defendant
						MARKELL DAVIS

Dated:  May 2, 2016				BENJAMIN B. WAGNER
						United States Attorney

						By:  /s/ Michael E. Hansen for
						BRIAN FOGERTY
						Assistant U.S. Attorney
						Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 2, 2016, to and including July 7, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 5, 2016, status conference shall be continued until July 7, 2016, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated:  May 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE