PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARKELL DAVIS,<br><br>             Defendant. | CASE NO. 2:15-CR-0009 MCE<br><br>**STIPULATION AND ORDER FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Markell Davis, through counsel Michael E. Hansen, hereby submit additional facts to support the Court's order of July 6, 2016 (ECF No. 56), and further stipulate and agree that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time between the June 29, 2016, and the newly set August 18, 2016, status conference should be excluded from the computation of time in which trial must commence, to allow for defense investigation and trial preparation.

On June 29, 2016, defense counsel filed a stipulation and proposed order, requesting that the Court vacate the July 7, 2016, status conference, and reset the matter for a status conference on August 18, 2016, with an exclusion of time under the Speedy Trial Act. ECF No. 55. The Court adopted the stipulation, and entered the proposed order on July 6, 2016. ECF No. 56.

To supplement the record in support of the exclusion of time set forth in the Court's July 6, 2016, order (ECF No. 56), the parties stipulate and agree that in addition to evaluating the application of the

1. Sentencing Guidelines, defense counsel is also continuing to investigate the factual allegations and evidence of the two incidents of unlawful gun possession charged in the indictment. Defense counsel's continued investigation is part of both his evaluation of the proposed plea agreement and his preparation for trial.

   Based on the foregoing facts, the parties agree that the interests of justice served by continuing the case to August 18, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein in support of its previous order excluding time between June 29, 2016, and August 18, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated: July 12, 2016                               PHILLIP A. TALBERT
                                                   Acting United States Attorney


                                             By:   /s/ BRIAN A. FOGERTY
                                                   BRIAN A. FOGERTY
                                                   Assistant United States Attorney


Dated: July 12, 2016                               /s/ MICHAEL E. HANSEN
                                                   MICHAEL E. HANSEN
                                                   Attorney for William Banks

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the stipulation in its entirety as its order.  It specifically finds that based on the facts set forth therein, the failure to grant a continuance and exclude the time between June 29, 2016, and August 18, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from June 29, 2016, to and including August 18, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE