PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARKELL DARRELL DAVIS,<br><br>  Defendant. | CASE NO. 2:15-CR-00009 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: August 25, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Markell Darrell Davis, by and through counsel Michael E. Hansen, hereby agree and stipulate as follows:

1.  On July 7, 2016, the Court set this case for a status conference on August 8, 2016. ECF No. 56. On July 27, 2016, the Court reset the status conference for August 25, 2016. ECF No. 59. To date, the government has produced more than 400 pages of discovery consisting of documents and video recordings. Defense counsel seeks time to review these materials and investigate the two separate incidents underlying the charged offenses. This investigation is necessary for effective preparation for trial.

2.  Counsel for the government and defendant have conferred and respectfully request that the Court vacate the August 25, 2016, status conference, and set the case for a status conference on September 29, 2016, at 9:00 a.m. The parties agree that the interests of justice served by continuing the

case to September 29, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial.  The parties request that the Court order time excluded from August 18, 2016, through September 29, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  August 18, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  August 18, 2016

/s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
Markell Darrell Davis

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts that stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance and exclude the time between August 18, 2016, and September 29, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from August 18, 2016, to and including September 29, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  August 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE