PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00009 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| MARKELL DARRELL DAVIS, | DATE: September 29, 2016 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

   The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Markell Darrell Davis, by and through counsel Michael E. Hansen, hereby agree and stipulate as follows:

   1. On August 23, 2016, the Court set this case for a status conference on September 29, 2016. ECF No. 61. To date, the government has produced more than 400 pages of discovery consisting of documents and video recordings. Defense counsel has also conducted an investigation into the incidents charged in the indictment and the defendant's background. Defense counsel seeks time to continue that investigation and review discovery materials. This investigation is necessary for effective preparation for trial.

   2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the September 29, 2016, status conference, and set the case for a status conference on November 17, 2016, at 10:00 a.m. The parties agree that the interests of justice served by continuing the

1  case to November 17, 2016, and excluding the intervening time under the Speedy Trial Act, outweighs
2  the best interest of the public and the defendant in a speedy trial.  The parties request that the Court
3  order time excluded from September 29, 2016, through November 17, 2016, pursuant to 18 U.S.C. §
4  3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for
5  trial.

Dated:  September 27, 2016                               PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                    By:  /s/ BRIAN A. FOGERTY
                                                         BRIAN A. FOGERTY
                                                         Assistant United States Attorney


Dated:  September 27, 2016                               /s/ MICHAEL E. HANSEN
                                                         MICHAEL E. HANSEN
                                                         Counsel for Defendant
                                                         Markell Darrell Davis

STIPULATION AND ORDER                      2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance and exclude the time between September 29, 2016, and November 17, 2016, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from September 29, 2016, to and including November 17, 2016, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  September 27, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE