PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKELL DARRELL DAVIS,<br><br>Defendant. | CASE NO. 2:15-CR-00009 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: November 17, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Markell Darrell Davis, by and through counsel Michael E. Hansen, hereby agree and stipulate as follows:

1. On September 28, 2016, the Court set this case for a status conference on November 17, 2016. ECF No. 63. To date, the government has produced more than 400 pages of discovery consisting of documents and video recordings. Defense counsel has also conducted an investigation into the incidents charged in the indictment and the defendant's background. Defense counsel seeks time to continue that investigation and review discovery materials. This investigation is necessary for effective preparation for trial. Moreover, in the near term, defense counsel will be occupied with a jury trial scheduled to begin on November 29, 2016, in *United States v. Dianna Woods*, 2:12-cr-330 WBS.

2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the November 17, 2016, status conference, and set the case for a status conference on January 19, 2017, at 10:00 a.m. The parties agree that the interests of justice served by continuing the

case to January 19, 2017, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial.  The parties request that the Court order time excluded from November 17, 2016, through January 19, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  November 14, 2016                    PHILLIP A. TALBERT
                                             Acting United States Attorney

                                        By:  /s/ BRIAN A. FOGERTY
                                             BRIAN A. FOGERTY
                                             Assistant United States Attorney

Dated:  November 14, 2016                    /s/ MICHAEL E. HANSEN
                                             MICHAEL E. HANSEN
                                             Counsel for Defendant
                                             Markell Darrell Davis

### ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance and exclude the time between November 17, 2016, and January 19, 2017, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from November 17, 2016, to and including January 19, 2017, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

    IT IS SO ORDERED.

Dated:  November 22, 2016

                                             _____
                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE