PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00009 MCE |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER TO RESET JUDGMENT AND SENTENCING |
| v. | |
| MARKELL DARRELL DAVIS, | DATE: July 13, 2017
TIME: 10:00 a.m.
COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Markell Darrell Davis, by and through counsel Michael E. Hansen, hereby agree and stipulate as follows:

1. By Order dated May 31, 2017, the Court set this case for judgment and sentencing on July 13, 2017, at 10:00 a.m. ECF No. 74

2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the July 13, 2017, hearing, and set the case for judgment and sentencing on August 10, 2017, at 10:00 a.m. The assigned probation officer is also available on that date.

Dated: July 10, 2017                      PHILLIP A. TALBERT
                                          United States Attorney

                                          By: /s/ BRIAN A. FOGERTY
                                              BRIAN A. FOGERTY
                                              Assistant United States Attorney

Dated: July 10, 2017

/s/ MICHAEL E. HANSEN
[Authorized by email]
MICHAEL E. HANSEN
Counsel for Defendant
Markell Darrell Davis

## ORDER

The Court, having received, read, and considered the parties' stipulation, VACATES the judgment and sentencing set for July 13, 2017, and orders that judgment and sentencing is RESET for August 10, 2017, at 10:00 a.m. in Courtroom 7 before the Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: July 20, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE