PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARKELL DARRELL DAVIS,<br><br>    Defendant. | CASE NO. 2:15-CR-00009 MCE<br><br>**STIPULATION AND ORDER REGARDING RESTITUTION** |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant Markell Darrell Davis, by and through his counsel, Michael E. Hansen, respectfully request that the Court vacate the November 9, 2017, restitution hearing, and order the defendant (1) to pay restitution in the amount of $6,000 to the victim referenced in paragraphs 16 through 18 of the presentence report, and (2) to pay restitution in the amount of $17,000 to Mercury Insurance Group, the victim's insurer, for the following reasons:

    1.    On February 23, 2017, Davis pleaded guilty to one count of possession of a firearm as a felon, in violation of 18 U.S.C. § 922(g). ECF No. 71. On August 17, 2017, the Court sentenced Davis to serve 120 months in prison. ECF No. 85. The Court also set a restitution hearing for November 9, 2017. ECF No. 87.

    2.    Since entry of judgment, the parties have conferred regarding the restitution claim

submitted by the victim of Davis' offense of conviction. As a result, the parties stipulate and agree that Davis shall pay restitution in the amount of $6,000 to the victim, and $17,000 to Mercury Insurance Group, the victim's insurer. The parties further request that the Court order that any restitution received shall be paid first to the victim, and second to the victim's insurer, Mercury Insurance Group. *See* 18 U.S.C. 3664(j)(1).

3. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding. Pursuant to 18 U.S.C. § 3664(k), the defendant also understand that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

4. The United States will separately provide to the Clerk's office and the Probation Office with the victim's name and address.

IT IS SO STIPULATED.

Dated: November 6, 2017     PHILLIP A. TALBERT
                            United States Attorney

                        By: /s/ BRIAN A. FOGERTY
                            BRIAN A. FOGERTY
                            Assistant United States Attorney

Dated: November 6, 2017     /s/ MICHAEL E. HANSEN
                            MICHAEL E. HANSEN
                            Counsel for Defendant
                            Markell Darrell Davis

# ORDER

The Court has reviewed the Stipulation of the parties for an order holding defendant Markell Darrell Davis liable for restitution in the amount of $6,000 payable to the victim, and $17,000 payable to Mercury Insurance Group. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663A(c)(1)(B), the Court finds good cause to enter an order holding defendant Markell Darrell Davis liable for restitution in the total amount of $23,000, with $6,000 payable first to the victim, and $17,000 payable second to Mercury Insurance Group. *See* 18 U.S.C. 3664(j)(1).

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding. Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect the defendant's ability to pay restitution.

The United States is further ordered to provide the Clerk's office and the Probation Office within 72 hours of this Order the victim's name and address. The hearing set for Thursday, November 9, 2017, at 10:00 a.m. in the above-captioned matter is hereby vacated.

IT IS SO ORDERED.

Dated: November 8, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE