1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,              No.  2:15-CR-00009-MCE

12                   Plaintiff,

13        v.                                **ORDER**

14   MARKELL DARRELL DAVIS,

15                   Defendant.

16
17        Presently before the Court is a Motion for Compassionate Release filed by

18   Defendant Markell Darrell Davis ("Defendant").  ECF No. 92.  The Office of the Federal

19   Defender filed a Notice of Intent Not to Supplement the Pro Se Motion for

20   Compassionate Release.  ECF No. 94.  Defendant has identified no basis for relief.

21   Accordingly, his Motion is DENIED.

22        IT IS SO ORDERED.

23   Dated:  December 30, 2020

24

25                                          _____
                                            MORRISON C. ENGLAND, JR.
26                                          SENIOR UNITED STATES DISTRICT JUDGE

27
28

                                            1